IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00059-ZLW-MEH

WILLIAM R. SHERMAN, JR.,

    Plaintiff,

v.

SHERIFF WILLIAM FRANGIS, in his individual and official capacities, and
ELBERT COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2008.**

    The Joint Motion to Amend Scheduling Order [filed December 1, 2008; docket #36] is **granted in part and denied in part**. The Scheduling Order is amended as follows:

    Plaintiff's responses to Defendants' written discovery due on or before **December 4, 2008**
    Defendants' responses to Plaintiff's written discovery due on or before **December 12, 2008**
    Discovery cutoff reset to **January 30, 2009**
    Dispositive Motion deadline reset to **February 27, 2009**