IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00059-ZLW-MEH

WILLIAM R. SHERMAN, JR.,

    Plaintiff,

v.

SHERIFF WILLIAM FRANGIS, in his individual and official capacities, and
ELBERT COUNTY SHERIFF'S DEPARTMENT,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2009.**

    The Joint Motion for Protective Order [filed February 18, 2009; docket #62] is **denied without prejudice**, and the Stipulation and Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court required a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.