IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00059-ZLW-MEH

WILLIAM R. SHERMAN, JR.,

     Plaintiff,
v.

SHERIFF WILLIAM FRANGIS, in his individual and official capacities, and
ELBERT COUNTY SHERIFF'S DEPARTMENT,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2009.**

     The Joint Motion for Entry of Revised Protective Order [filed February 26, 2009; docket #66] is **granted**. The parties' Protective Order is accepted and entered contemporaneously with this order.