IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00059-ZLW-MEH

WILLIAM R. SHERMAN, JR.,

    Plaintiff,

v.

SHERIFF WILLIAM FRANGIS, in his Individual and Official Capacity;
THE ELBERT COUNTY SHERIFF'S DEPARTMENT, WILLIAM FRANGIS; and
ELBERT COUNTY COMMISSIONERS, ELBERT COUNTY, STATE OF COLORADO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: April 1, 2009

    It is ORDERED that Plaintiff's Motion For Leave To File Second Amended Complaint Out Of Time (Doc. No. 81) is granted.