IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00059-ZLW-MEH

WILLIAM R. SHERMAN, JR.

    Plaintiff(s),

v.

SHERIFF WILLIAM FRANGIS, in his Individual and Official Capacity; and

ELBERT COUNTY SHERIFF'S DEPARTMENT, Elbert County, State of Colorado

    Defendant(s).

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

    This matter is before the Court on the Joint Stipulated Motion to Dismiss With Prejudice. Having reviewed the Motion and the case file, and being fully advised in the premises, the court finds and orders as follows:

    IT IS ORDERED that the instant case is DISMISSED WITH PREJUDICE. The parties are to pay their own costs and fees.

    Dated this 21st day of October, 2009.

                                      BY THE COURT:

                                      _____

                                      ZITA L. WEINSHIENK,  Senior Judge

                                      United States District Court